United States District Court for D.C.

Tyrone Hurt
(305) 546-1512
801 Pennsylvania
Ave. S.E.
Wash. D.C. 20001

Wash. D.C. 20001

Reassigned to Chief Judge Hogan on 2/25/08.

Copies to: Judge
AUSA – Special Proceedings
Dft.

**FILED**
APR 21 2008
Clerk, U.S. District and Bankruptcy Courts

Criminal Case Nos.
CR 76-072-TFH
CR-76-72
75-1555M(CR)
CR-76-72
Civil Action No.
_____

vs. Plaintiff

United States of America,
Respondent,
vs.
Theo Jones,
Defendant.

**RECEIVED**
APR 21 2008
Clerk, U.S. District and Bankruptcy Courts

Motion to Vacate and Set Aside Sentence, Pursuant to Title 28, Section 2255, U.S.C. and the Appt. of Counsel, Pursuant to Title 18, Section 3006, and the Sixth (6th) Amendment Right to the U.S. Constitution.

Let this be filed.
Hogan, C.J.
2/7/08

Comes now, ~~Tyrone Hurt~~ Theo Jones, the Defendant, and respectfully moves the Honorable U.S. District Court for the D.C., to kindly take upon consideration

Note: Atty. is not a member of our bar and he has a non-working telephone number.

**RECEIVED**
FEB -8 2008
Clerk, U.S. District and Bankruptcy Courts

(2)

in vacating and setting aside said sentences at (R-76-72, 75-1555 M (CR), (R-76-72) of violation of Title 21, Section 841(a), U.S.C., Title 21, Section 841(a), U.S.C.; Title 33, Section 402, D.C.C., for the following reasons:

## Statement of the Facts.

1. The Defendant respectfully states that said sentences imposed by this Honorable Court of 1975 to 1976, respectively, of unlawful poss. with intent to distribute a controlled substance; unlawful poss., of a narcotic drug, pursuant to the statutes, mentioned herein are in violation of the Defendants' Eighth (8th) Amendment Right to the U.S. Constitution. In first instance, see: Webster's Dictionary meaning of narcotic, drug and its' meaning and thereafter, druggist.

So, therefore, the Defendant respectfully states that said incarceration of said

(3)

Defendant, Mr. Theo Jones, (with the exception of an alleged probation violation) is illegal and unconstitutional and said release it and from whatever confinement should be enhanced and executed, forthwith in accordance to the Defendants' Fifth (5th) and Fourteenth (14th) Amendment Rights to the U.S. Constitution.

Memorandum of Law.

1. See: Fifth (5th), Eighth (8th), and Fourteenth (14th), Amendment Rights to the U.S. Constitution.

Relief.

1. The Defendant seeks the immediate and expeditious release, pursuant to Motion to Vacate and Set Aside Sentence, pursuant to Title 28, Section 2255, U.S.C. and thus, this Honorable Court deems proper and appropriate, that criminal counsel, be appointed in accordance to the Sixth (6th)

Amendment Right to the U.S. Constitution, and CJA - Title 18, Section 3006A, U.S.C.

## Certification of Service.

I, ~~Tyrone Hunt~~ Theo Jones, the Defendant, and respectfully states that I have upon this 8th day of Feb., 08, have sent the foregoing motion, to the U.S. Dist. Ct. for the D.C., to make service upon the U.S. Attorneys' office.

Respectfully Submitted,

Tyrone Hunt
(Arinius V. Kenner,)
(1972); Due to said defendants' still known incarceration, defendant is unable to sign said Motion to Vacate and Set Aside Sentence in compliance with such a Motion.

RECEIVED
APR 0 7 2008
CHAMBERS OF CHIEF JUDGE
THOMAS F. HOGAN

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

4/4/08

TO: Chief Judge Hogan

RE: Criminal Action No: 76-72-TFH
USA v Theo Jones

**RECEIVED**
APR 2 1 2008
Clerk, U.S. District and
Bankruptcy Courts

Please note on the face of the attached **document(s)** whether leave to file is granted or denied and return to the Docket Clerk.

Thank you.

NANCY MAYER-WHITTINGTON, Clerk

By: _____Linda Pugh_____

2255 motion by counsel, Tyrone Hunt, who is not a member of our bar. 12/16/77 Probation was revoked; sentenced to six months to run concurrently with any other sentence. Docket sheet from Microfiche attached.

Attachment:

**NOTE:**

CO-930A
(Rev. 11/93)

I don't understand why a 2255 motion is being submitted.

I agree but if he has not previously filed one he can do so. TFH

# UNITED STATES DISTRICT COURT — CRIMINAL DOCKET

| | |
|---|---|
| Felony XX | Case Filed: Day 19, Mo. 2, Yr. 76, Docket No. 76-72-1, Def. |
| Minor Offense ☐ | JUDGE/MAGISTRATE: 9047 Assigned Trial |
| Other Misdemeanor ☐ | District 0090 / Office 1 |

U.S. vs. JONES, THEO
814 Emerson St. NW (struck through)
defendant
No. of Defdnts: 1

MAGR. CASE NO.: E.J.Orig.
GESELL, J. (struck through)
BRYANT, J.D

## I. CHARGES

| U.S. CODE SECTION | OFFENSES | COUNTS |
|---|---|---|
| 21-841(a) | Poss/int/distr/heroin/Sch I | 1 |
| 33 DCC 402 | Poss/heroin/drug | 1 |

**BAIL • RELEASE**
- ☐ Denied  ☒ Personal Recog.
- ☐ Unsecured Bond
- AMT Set $ (000) → Conditional Release
- ☐ 10% Deposit
- ☐ Surety Bond
- ☐ Collateral    Date: 5-3-76
- ☐ Bail Not Made
- ☐ 3rd Party Custody
- ☐ Bail Status Changed
- ☐ PSA
(See Docket)

## ATTORNEYS

U.S. Attorney or Asst: MCGRANERY
PDID 149018

Arthur Levin a/c Prob. Hrg
1621 Conn. Ave. NW 332-1800
Defense: ☒ CJA, ☐ Ret, ☐ Waived, ☐ Self, ☐ None, ☐ Other, ☐ PD, ☐ CD
Alan Bayles 1707 L. St. NW
296-0993

## II. KEY INTERVALS & DATES

**ARREST**: 10/15/76 U.S. Custody Began on Above Charges ☐ Prosecution Deferred

**1. INDICTMENT** ☒ / Information ☐
- ☐ High Risk Defn. & Date Design'd
- Date: 2/19/76
- ☐ Waived
- ☐ Superseding Indict/Info

**2. ARRAIGNMENT**
- 1st Plea ☐ Not Guilty ☐ Nolo ☐ Guilty
- Final Plea ☐ Not Guilty ☐ Nolo ☐ Guilty

**3. TRIAL**
- Trial Set For
- Voir Dire ☐
- Trial Began ☐ J ☐ N
- Trial Ended

**4. SENTENCE**
- Disposition
- ☐ Convicted ☐ On All Charges
- ☐ Acquitted ☐ On Lesser Offense(s)
- ☐ Dismissed ☐ WOP ☐ WP
- ☐ Nolled/Discontinued

## III. MAGISTRATE

| | Issued | Date | INITIAL/No. |
|---|---|---|---|
| Search Warrant | | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant | | | |
| COMPLAINT ▶ | | | |
| OFFENSE (In Complaint) | | | |

INITIAL APPEARANCE
PRELIMINARY EXAMINATION OR REMOVAL HEARING
- Date Scheduled
- Date Held
- ☐ Waived  ☐ Intervening Indictment
- ☐ Not Waived
Tape No.  INITIAL/No.

**OUTCOME**
- ☐ Dismissed     ☐ Exonerated
- ☐ Held for District GJ   BOND   ☐ To Transferee District
- ☐ Held to Answer to U.S. District Court
- AT:
- Magistrate's Initials ▶

*Show last names and suffix numbers of other defendants on same indictment/information*

**CASE CLOSED**

V. Excludable Delay: (a) (b) (c) (d)

| DATE 1976 | PROCEEDINGS |
|---|---|
| Feb 19 | INDICTMENT FILED (2 Counts) |
| Feb 25 | ORDER dated 2-19-76 appointing Alan Bayles counsel; indigency determined in Criminal Case 75-810. Voucher #405670    MAGISTRATE, MARGOLIS |
| Feb 26 | REASSIGNED from Judge Gesell to Judge Bryant. |
| Mar 4 | ARRAIGNMENT continued until 3-12-76 at 9:30 A.M. Rep. P. Merana    BRYANT, J. |
| Mar 12 | BENCH WARRANT ordered and issued. Deft did not show for arraignment. Rep. P. Merana    BRYANT, J. |
| May 3 | BENCH WARRANT issued 3-12-76 returned executed. |
| May 3 | DEFT presented before U.S. Mag. Margolis on Bench Warrant. ARRAIGNED: PLEA NOT GUILTY entered. Status Call before Judge Bryant on 5-17-76 at 9:30 A.M. Order for release of Deft on personal recognizance with conditions.    MARGOLIS, Mag. |
| | (CONTINUED) |

OPPOSITE THE APPLICABLE DOCKET ENTRIES IN SECTION IV SHOW IN SECTION V ANY OCCURRENCE OF EXCLUDABLE DELAY PER 18 USC §3161(h) — "SPEEDY TRIAL ACT"

| DATE | IV. PROCEEDINGS (continued) THEO JONES CR. 76-72 | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 1976 | | |
| May 10 | MOTION of Deft. to suppress evidence and statements; P&A; c/m. | |
| May 17 | STATUS call: Hearing on Motions and Trial set for June 25, 1976 at 10:00 a.m.; personal recognizance. Rep: D. Duschaine                    BRYANT, J | |
| June 15 | ORDER dated 6-14-76 authorizing transcript of motion to dismiss on 1-23-76 before Judge Gesell in Cr. 75-810.    Rep. E. Olsen #128345                                         BRYANT, J. | |
| June 25 | TRIAL continued to 6-30-76 at 9:30 A.M.; bond. Rep. P. Merana                    BRYANT, J. | |
| June 30 | PLEA NOT GUILTY WITHDRAWN; PLEA GUILTY entered to Count 2 (Unlawful Poss. of a Narcotic Drug- 33:402); referred; Oral motion of Deft to remain on personal recognizance pending sentence heard and granted; bond. Rep. P. Merana                    BRYANT, J. | |
| Aug 25 | SENTENCING: Deft did not appear. Bench Warrant Ordered. Bench Warrant withdrawn. Sentencing continued until 8-30-76 at 9:30 A.M. Rep. I. Watson                    BRYANT, J. | |
| Aug 30 | SENTENCE: SIX (6) months, Sentence vacated and set aside. Sentencing continued until 10-1-76 at 9:30 A.M.; bond. Rep. M. Guffey                    BRYANT, J. | |
| Oct 6 | IMPOSITION OF SENTENCE SUSPENDED; PROBATION for One (1) year; remaining Count dismissed. Rep: P. Merana                    BRYANT, J. | |
| Oct 6 | JUDGMENT and PROBATION.                    BRYANT, J. | |
| 1977 | | |
| Apr 22 | REQUEST of Probation Office for issuance of a Bench Warrant -granted. Bench Warrant ordered and issued.                                      BRYANT, J. | |
| Apr 25 | BENCH WARRANT issued 4-22-77 returned executed. | |
| Apr 26 | DEFENDANT presented before US Mag Kennedy; Mr. Terza, Probation Officer not present; Case continued to Apr. 26, 1977 before Mag. Kennedy; deft. committed; w/o bond; commitment issued.                    KENNEDY, Mag. | |

(CONTINUED)

LETTER CODE
For Identifying Periods of Excludable Delay Per 18 U.S.C. 3161(h)

A. Examination or hearing for mental or physical incapacity (18 U.S.C. 4244).

B. NARA examination (28 U.S.C. 2902).

C. State or Federal trials on other charges.

D. Interlocutory Appeals.

E. Hearings on pretrial motion

F. Transfers from other districts per F.R.Cr.P. Rules 20, 21 & 40).

G. Defendant Motion is actually under advisement. Period of up to 30 days is excludable per 3161(h)(1)(G).

H. Miscellaneous Proceedings: Probation or Parole revocation, Deportation, Extradition.

I. Prosecution deferred by mutual agreement.

M. Unavailability of defendant or essential witness.

N. Period of mental or physical incompetence of defendant to stand trial.

O. Period of NARA Commitment or Treatment.

P. Superseding Indictment and/or new charges.

R. Defendant awaiting trial of Co-defendant when no severance has been granted.

T. Continuances Granted per 3161(h)(8) (i.e. ends of justice or complexity of case outweighs defendants' interests).

U. Time between guilty plea and plea withdrawal.

V. Time while moving prisoner from state institutions per transfer/ detainer procedure.

W. Grand Jury Indictment extended per 3161(b).

Y. Any delay excluded by court order for reason not included above.

Interval (per Section II)    Start Date End Date    Ltr. Code    Total Days

| | | Page 3 |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET  U. S. vs  THEO JONES | | 76 - 72 - 1 |
| | | Yr. \| Docket No. \| Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| **1977**<br>Apr 27 | ATTORNEY for deft, Allen Bayles, not present. Case continued to Apr. 28, 1977 before Mag. Kennedy. | |
| Apr 28 | BOND REVIEW: Arthur Levin, Esq. appointed; deft. committed to jail in lieu of $5,000 cash or 10% plus conditions of release; commitment issued. Deft & counsel advised of continuation date May 26, 1977 at 2:00 P.M. before Mag. Kennedy        KENNEDY, Mag. | |
| May 4 | ORDER dated 4/29/77 appointing Arthur Levin as counsel for deft in Probation Hearing; nunc pro tunc 4/27/77; oral affidavit. #444623.        KENNEDY, Mag. | |
| July 12 | REPORT and recommendation of Mag. Kennedy, re: Violation of probation. | |
| Dec. 16 | HEARING on revocation of probation- probation revoked.<br>SENTENCED: Six (6) months to run concurrently with whatever sentence now serving. Deft. committed; commitment issued.    (Rep: P. Merana)<br>        BRYANT, C.J. | |
| Dec. 16 | REVOCATION OF PROBATION & JUDGMENT AND COMMITMENT.<br>        BRYANT, C.J. | |

AO-257

JONES, THEO          G.J. ORIG.          CR76-72

Unlawful poss. with intent to distribute a
controlled substance;unlawful poss. narcotic
drug 21USC841(a);33DCC402

Atty: Alan Bayles cja 2/19/76
      1707 L Street, N.W.
      Washington, D. C. 20036          296-0993

See Exhibits attached hereto!

JONES, THEO
21 USC 841(a)-CSA Violation of Probation
CR 76-72

Atty: Arthur Levin CJA: 4/29/77
1621 Connecticut Avenue, N.W.
Ph: 332-1800 NPT: 4/27/77